IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                      )
                                            )
MILBURN AND MELANIE HOGUE                   )          Case No. 108-02558
                                            )          Chapter 13 proceedings
            Debtor.                         )          Judge Paine
_____           )
                                            )
HENRY E. HILDEBRAND, III                    )
CHAPTER 13 TRUSTEE                          )
            Movant                          )
                                            )
-v-                                         )
                                            )
MILBURN AND MELANIE HOGUE                   )
                                            )
            Respondent                      )

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: June 10, 2008. IF A RESPONSE IS
TIMELY FILED, THE HEARING WILL BE AT 9:00 A.M. ON June 27, 2008 IN THE U.S. POST
OFFICE AND FEDERAL BUILDING, COLUMBIA, TN 38401**

## RESPONSE AND OBJECTION OF DEBTORS TO THE CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS AND REQUEST A HEARING THEREON

        Come the Debtors, through counsel, and for response and objection of the Debtor
to the Chapter 13 Trustee's objection to claim of exemption, would object to said motion
and request a hearing thereon.  In support thereof, the following would be shown unto the
Court that the Debtors have claimed the proper amount permitted by statute as well as
affirmed by the prior orders of this Court.  Accordingly, said objection filed by the Chapter
13 Trustee must be denied.

                                    Respectfully submitted,

                                    /s/ Steven L. Lefkovitz, No. 5953
                                    STEVEN L. LEFKOVITZ
                                    Attorney for Debtor
                                    618 Church Street, Suite 410
                                    Nashville, TN 37219
                                    (615) 256-8300 fax (615) 255-4516
                                    Email: slefkovitz@lefkovitz.com

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz